Case 1:22-cv-00863-HYJ-SJB   ECF No. 21, PageID.68   Filed 02/10/23   Page 1 of 3

FILED - LN
February 10, 2023
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: PJW /s/ 2/10/13

Date 2-6-23

Case No. 1:22-cv-863

To: Chief Judge; Hon. Hala Y. Jarbou
And Magistrate Judge Sally J. Berens

Dear; Sir/Madam

I'm writing because I'm in a perdictment. I don't know how to file a proper form for an appointment of counsel but I need an attorney to help me with the case I got in front of Honorable H. Jarbou and Judge Sally J. Berens, Case No. 1:22-cv-863. I don't know alot about the law but what I try to read in the law library, but the facility I'm in dosen't have a proper library. At the time of the incident I was lable mentally ill by the courts, but still I know I was assualted by the officer and that I pose no threat to said officer. All this was caught on camera but I don't have the werewithall to obtain said video, nor do I know how to obtain the police report of the incident that contradict what the police said that happen. The lawers for the Defendent

Filed Something For the First set of Interrogatories, The First Request For Production of Documents, And the First set of Request For Admissions to Plaintiff. I Can Answer the questions but I don't know how to get the Documents And video. I Know where there At but don't know how to obtain them.

I Need A lawer to Assist Me, If You Can't help Me Can You please point Me in the Right direction to someone who Can Assist Me. They gave me 30 days to Respond to the Above Mentioned Request, So if you Can will you please respond to my Request As Soon As Possible.

Thanks
Sincerely

Perry Pierce

Date 2-6-23

Perry Pierce
nr: 211005
is: 3855 Cooper St.
is: Jackson, MI 49201

METROPLEX MI 480
7 FEB 2023 PM 7 L

**RECEIVED - MQ**
February 10, 2023 10:10 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc

,kd; 2-8-23

To: Hon. Hala Y. Jarbou
And Magistrate Judge Sally Berens
330 Federal BLDG
202 W. Washington St
P.O. Box 698
Marquette, MI 49855

49855-068898