UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY PIERCE,

      Plaintiff,                                   Hon. Hala Y. Jarbou

v.                                               Case No. 1:22-cv-863

P. BAILEY, et al,

      Defendants.
_____/

**ORDER**

Plaintiff filed his complaint in this action on September 19, 2022, while he was a detainee in the Berrien County Jail. Plaintiff was granted leave to proceed *in forma pauperis*. (ECF No. 4.) Following initial review, Plaintiff's remaining claim is his excessive force claim against Defendant Robbinson.[1] (ECF Nos. 6, 7.) This matter is presently before the Court on Plaintiff's motion for copies of documents free of charge. (ECF No. 24.) In particular, Plaintiff seeks free copies of the November 14, 2022 Opinion and related Order.

Litigants generally bear their own litigation expenses. *Smith v. Yarrow*, 78 F. App'x 529, 544 (6th Cir. 2003). The United States Court of Appeals for the Sixth Circuit has concluded that an indigent party is not entitled to free copies of documents filed in a case:

> Although the petitioner was granted leave to proceed in the district court as a pauper, that status waives only "prepayment of fees and costs and security. . . ." 28 U.S.C. § 1915(a). It does not give the litigant a right to have documents copied and returned to him at government expense.

*In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990). Moreover, 28 U.S.C. § 1915(b) "makes no provision for the payment by the government of the costs of transcripts, or any other litigation

---

[1] Plaintiff has indicated that Defendant Robbinson's correct name is K. Robbins. (ECF No. 8.)

expenses, and no other statute authorizes courts to commit federal monies for payment of the necessary expenses in a civil suit brought by an indigent litigant." *Tabron v. Grace*, 6 F.3d 147, 159 (3d Cir. 1993). Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's motion for free copies (ECF No. 24) is **DENIED**.

Dated: March 6, 2023                              /s/ Sally J. Berens
                                                  SALLY J. BERENS
                                                  United States Magistrate Judge