| | |
|---|---|
| **From:** | James T. McGovern |
| **To:** | "Anne Buckleitner" |
| **Subject:** | Pierce v. Robbins - Rule 7.1(d) re Motion to Stay |
| **Date:** | Thursday, May 11, 2023 12:40:33 PM |
| **Attachments:** | CMO-12.28.22.pdf |

Ms. Buckleitner – this email is a request for concurrence for defendant to file a Motion to Stay discovery subject to Section 2(b) and 5 of the attached CMO.

If you do concur, then we will file as a Stipulated Motion for a Stay with proposed Order.  I would email to you for your review and approval prior to filing.


James T. McGovern, Esq.
Straub, Seaman & Allen, P.C.
1014 Main Street, St. Joseph, MI 49085
Direct:  269-982-7728
Cell:  773-580-0559