UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY PIERCE,

    Plaintiff,

v.

P. BAILEY, et al.,

    Defendant.

_____/

Case No. 1:22-cv-863

Hon. Hala Y. Jarbou

## ORDER

On July 10, 2023, Magistrate Judge Sally Berens issued a Report and Recommendation (R&R) recommending that the Court deny Defendant Sergeant K. Robbins' motion to dismiss (ECF No. 36) on the basis of qualified immunity.  (*See* R&R, ECF No. 48.)  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation,

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 48) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Robbins's motion to dismiss (ECF No. 36) is **DENIED**.

Dated: August 2, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE