UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY PIERCE,

    Plaintiff,

v.

P. BAILEY, et al.,

    Defendants.

_____/

Case No. 1:22-cv-863

Hon. Hala Y. Jarbou

## ORDER

On April 26, 2024, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Defendant Robbins's motion for summary judgment be denied (ECF No. 85).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on May 10, 2024.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 85) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Robbins's Motion for Summary Judgment (ECF No. 78) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED.**

A judgment shall issue in accordance with this order.

Dated: May 13, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE